**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: AQUEOUS FILM-FORMING FOAMS
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| Roberts v. 3M Company, et al., S.D. Florida, | ) | |
| C.A. No. 1:23-22895 | ) | MDL No. 2873 |

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

  A conditional transfer order was filed in this action *(Roberts)* on August 14, 2023. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Roberts* filed a notice of opposition to the proposed transfer. Plaintiff has withdrawn his opposition to transfer.

  IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-148" filed on August 14, 2023, is LIFTED as it relates to this action. This action is transferred to the District of South Carolina for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Richard M. Gergel.

              FOR THE PANEL:

              _____
              Tiffaney D. Pete
              Clerk of the Panel